BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00360 JW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING |
| vs. ) | |
| ) | |
| ROBERT DANIEL YOUNG, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, May 18, 2009 may be continued to Monday, June 22, 2009 at 1:30 p.m. The reason for the requested continuance is to permit the defense to review discovery provided by the government and to permit the parties to pursue settlement discussions.

The parties further stipulate and agree that 35 days may be excluded from the time within which trial shall commence, as reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

1  Dated: May 13, 2009

2                                           s/_____
                                            CYNTHIA C. LIE
3                                           Assistant Federal Public Defender

4  Dated: May 13, 2009

5                                           s/_____
                                            THOMAS M. O'CONNELL
6                                           Assistant United States Attorney

7
                              **[PROPOSED] ORDER**
8
    Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

9  hearing of Monday, May 18, 2009 shall be continued to Monday, June 22, 2009 at 1:30 p.m.

10     The Court further finds, based on the aforementioned reasons, that the ends of justice

11  served by granting the requested continuance outweigh the interest of the public and the

12  defendant in a speedy trial, in that the failure to grant the requested continuance would deny

13  defense counsel reasonable time necessary for effective preparation, taking into account the

14  exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore

15  concludes that 35 days should be excluded from the time within which trial shall commence

16  under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

17     It is so ordered.

18  Dated: May  14 , 2009

19                                           _____
                                            JAMES WARE
20                                          United States District Judge

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00360 JW                    2