| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | CYNTHIA C. LIE |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant YOUNG |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00360 JW |
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
|  | ) | ORDER CONTINUING HEARING |
| vs. | ) |  |
|  | ) |  |
| ROBERT DANIEL YOUNG, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

### STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, June 22, 2009 may be continued to Monday, August 17, 2009 at 1:30 p.m.  The reason for the requested continuance is that the government is reviewing additional evidence collected in its investigation of the current charge in order to determine whether a basis exists for additional or alternative charges, and the defense evaluation of settlement options will necessarily be contingent upon the possibility of a global resolution.

The parties further stipulate and agree that 56 days may be excluded from the time within which trial shall commence, as reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: June 17, 2009

                                                   s/_____
                                                   CYNTHIA C. LIE
                                                   Assistant Federal Public Defender

Dated: June 17, 2009

                                                   s/_____
                                                   THOMAS M. O'CONNELL
                                                   Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Monday, June 22, 2009 shall be continued to Monday, August 17, 2009 at 1:30 p.m.

The Court further finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial, in that the failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that 56 days should be excluded from the time within which trial shall commence under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

It is so ordered.

Dated: June __18__, 2009

                                                 _____
                                                 JAMES WARE
                                                 United States District Judge