1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant YOUNG

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,           )   No. CR 09-00360 JW
                                       )
11          Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING HEARING
12 vs.                                 )
                                       )
13 ROBERT DANIEL YOUNG,                )
                                       )
14          Defendants.                )
   _____)
15

16                              **STIPULATION**

17         The parties, by and through their respective counsel, hereby stipulate and agree that the

18 status hearing currently set for Monday, August 17, 2009 may be continued to Monday,

19 September 14, 2009 at 1:30 p.m.  The reason for the requested continuance is that the

20 government is reviewing additional evidence collected in its investigation of the current charge in

21 order to determine whether a basis exists for additional or alternative charges, and the defense

22 evaluation of settlement options will necessarily be contingent upon the possibility of a global

23 resolution.

24         The parties further stipulate and agree that 28 days may be excluded from the time within

25 which trial shall commence, as reasonable time necessary for effective preparation of counsel,

26 taking into account the exercise of due diligence, pursuant to Title 18, United States Code

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00360 JW                          1

Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: August 12, 2009

                                      s/_____  
                                      CYNTHIA C. LIE  
                                      Assistant Federal Public Defender

Dated: August 12, 2009

                                      s/_____  
                                      THOMAS M. O'CONNELL  
                                      Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Monday, August 17, 2009 shall be continued to Monday, September 14, 2009 at 1:30 p.m.

The Court further finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial, in that the failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that 28 days should be excluded from the time within which trial shall commence under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

It is so ordered.

Dated: August \_13\_, 2009

                                      _____  
                                      JAMES WARE  
                                      United States District Judge