BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-00360 JW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| vs. | ) ) | |
| ROBERT DANIEL YOUNG, | ) ) | |
| Defendants. | ) ) | |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, February 22, 2010, may be continued to Monday, March 29, 2010, at 1:30 p.m., in order to permit both counsel to further prepare for the sentencing hearing.  The United States Probation Office has been consulted as to the requested continuance and has no objection.

Dated: February 16, 2010

s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00360 JW                           1

1 | Dated: February 16, 2010

2 |                          s/_____
                         CYNTHIA C. LIE
3 |                          Assistant Federal Public Defender

**[~~PROPOSED~~] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing of Monday, February 22, 2010, may be continued to Monday, March 29, 2010, at 1:30 p.m.,

It is so ordered.

Dated: February 19, 2010

_____
HON. JAMES WARE
United States District Judge

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00360 JW           2