```
BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant YOUNG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ROBERT DANIEL YOUNG,<br><br>           Defendants. | No. CR 09-00360 JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER RECOMMENDING PLACEMENT<br>IN BUREAU OF PRISONS' 500-HOUR<br>RESIDENTIAL DRUG ABUSE PROGRAM |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and agree that the Order of Judgement and Commitment to be issued in the above-captioned matter should include a recommendation that defendant Robert Daniel Young be placed in a Residential Drug Abuse Program while in the custody of the Bureau of Prisons, in view of Mr. Young's dual-diagnosis history.

Dated: March 30, 2010

```
                                   s/_____
                                   THOMAS M. O'CONNELL
                                   Assistant United States Attorney
```
Dated: March 30, 2010

```
                                   s/_____
                                   CYNTHIA C. LIE
```

Stipulation and [Proposed] Order Recommending
Placement in RDAP, CR 09-00360 JW                    1

Assistant Federal Public Defender

**[PROPOSED] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby recommended that defendant Robert Daniel Young be placed, while in the custody of the Bureau of Prisons, in a Residential Drug Abuse Program. The Order of Judgement and Commitment shall reflect this recommendation.

It is so ordered.

Dated: __April 2,___, 2010

_____
HON. JAMES WARE
United States District Judge