UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09-CR-00360-JW[1] |
| Plaintiff, | (re: dkt. #33) |
| v. | |
| ROBERT DANIEL YOUNG, | |
| Defendant. | |

On November 2, 2009, Defendant Robert Daniel Young pled guilty to a charge of Felon in Possession of a Firearm, in violation 18 U.S.C. § 922(g)(1). Defendant now moves for the return of his personal property, "approximately $4,000" in cash, pursuant to Fed. R. Crim. P. 41(g).

Fed. R. Crim. P. 41(g) states that a "person aggrieved by an unlawful search and seizure of property or by the deprivation of property may move for the property's return." At the time of his arrest on February 8, 2009, Defendant actually possessed $5,353.30 in cash, which Defendant himself admitted were the proceeds of drug sales. Moreover, officers discovered, pursuant to a search warrant, that Defendant also possessed baggies of marijuana, Oxycotin pills, and ecstasy, along with pay/owe sheets recording specific drug transactions. Defendant's cash was the subject of a non-judicial forfeiture on August 6, 2009.

---

[1] The Honorable James Ware is no longer assigned to this case. The pending request came to the undersigned's attention as the General Duty Judge for the month of May 2011.

1

Case No.: 09-CR-00360-JW
ORDER DENYING MOTION FOR RETURN OF PROPERTY

Accordingly, as the cash was admittedly the proceeds of drug sales and was the subject of a non-judicial forfeiture, Defendant's motion for return of property is DENIED.

**IT IS SO ORDERED.**

Dated: May 18, 2011

_____
LUCY H. KOH
United States District Judge